# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

AUG 26 2016

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

Sacramento Solano-Fajardo   *PRINCIPAL*
YOB:  1992
the United Mexican States

## CRIMINAL COMPLAINT

Case Number:

M-16- 1588 -M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___8/25/16___ in ___Hidalgo___ County, in the ___Southern___ District of ___Texas___ defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Maria Luz Rodas-De Leon, a citizen and national of Guatemala, and Douglas Alfonso Lara-Rivas, a citizen and national of Ecuador, along with eight (8) other undocumented aliens, for a total of ten (10), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near San Manuel, Texas to the point of arrest near San Manuel, Texas,**

in violation of Title ___8___ United States Code, Section(s) ___1324(a)(1)(A)(ii)___ **FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On August 25, 2016, BPA Garza was conducting vehicle traffic observations on Highway 281 near San Manuel, Texas. At approximately 5:40 a.m., Falfurrias off duty agents heading to work relayed that they had observed a black Chevrolet pickup truck with different decals on the rear window, with fish decal being the most noticeable, dropping off several individuals north of the county line on Highway 281.

Aerostat received the same information and panned the area making visual contact of the black Chevrolet dropping off the bodies and making a U-turn on a crossover to continue southbound

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

*approved by*
*AUSA R. Krog*

Signature of Complainant

**Nicolas Cantu, Jr.    Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**August 26, 2016**    4:23 p.m.   at   **McAllen, Texas**
Date                                        City and State

**Peter E. Ormsby    , U. S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-16- /588-M

RE:  Sacramento Solano-Fajardo

**CONTINUATION:**

on Highway 281. Approximately several minutes later, BPA Garza observed a black Chevrolet pickup truck matching the description of the drop off vehicle heading south on Hwy 281 north of San Manuel, Texas.

BPA Garza conducted a traffic stop at approximately 5:43 a.m. with two other border patrol units as backup. The black Chevrolet came to stop near the church at San Manuel, BPA Garza exited his patrol vehicle to make contact with the driver of the black Chevrolet, it then sped off continuing south on Highway 281. SBPA Valdez took over lead pursuit followed by the third backup patrol unit driven by BPA Lopez. The black Chevrolet pickup continued south on Highway 281 for about half a mile. SBPA Valdez called out via the Service radio that the driver was bailing out at 05:45 a.m.

The driver, later identified as SOLANO-Fajardo, Sacramento pulled off the road and bailed out near El Rucio Road and Highway 281. SBPA Valdez was the first patrol unit followed by BPA Lopez to arrive at the bailout. The driver ran from the Chevrolet pickup to the nearby high game fence and tried to climb over it. BPA Lopez and BPA Quintero ran towards the subject and got him off the fence. As SBPA Valdez secured the black Chevrolet pickup, BPA Lopez, Quintero, and Garza secured the subject.

Solano admitted to dropping off bodies and Agents observed fresh footprints and trash, indicative of a load vehicle. Solano was transported to the Weslaco Border Patrol Station for processing.

Falfurrias agents were aware of the drop off location and with the assistance of Aerostat 3 cameras, were able to apprehend ten subjects in the area. All the subjects were found to be illegally in the United States. They were placed under arrest and read their Miranda Rights.

Solano and the undocumented aliens were transported to the Weslaco Border Patrol Station for Processing.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

M-16-1588-M

RE: Sacramento Solano-Fajardo

**CONTINUATION:**

**PRINCIPAL STATEMENT**

Solano-Fajardo, Sacramento was advised of his Miranda Rights. He understood his rights and provided a sworn statement without the presence of an attorney.

SOLANO, a citizen of Mexico, stated he would only have to pay a smuggling fee of $1000 USD, instead of $2,500 USD, if he transported an unknown number of illegal aliens north and dropped them off on Highway 281. Subject stated he had to drop off the subjects along Highway 281 and then meet with someone at the Loves Truck Stop and follow the truck to an unknown location.

**MATERIAL WITNESS STATEMENTS**

Maria Luz RODAS-De Leon and Douglas Alfonso LARA-Rivas were advised of their Miranda Rights. They understood their rights and provided a sworn statement without the presence of an attorney.

RODAS, a citizen of Guatemala, stated her smuggling arrangements cost $9,000 USD and was going to San Rafael, California. RODAS identified SOLANO-Fajardo, Sacramento as the driver that dropped her and fourteen other people on the side of the road to circumvent the immigration checkpoint near Falfurrias, Texas. RODAS described the vehicle that dropped her off as a black four door Chevy truck.

LARA, a citizen of El Salvador, identified SOLANO-Fajardo, Sacramento, as the driver that dropped him off on the side of the road to circumvent the immigration checkpoint at Falfurrias, Texas. ~~LARA stated SOLANO also gave the group a bag~~